FILED: AUGUST 8, 2008
08CV4500
JUDGE GOTTSCHALL
MAGISTRATE JUDGE COLE

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                            Case Number:

Trustees of the Chicago Painters and Decorators Pension, Welfare, Savings, Apprenticeship, Scholarship and Joint Cooperation Trust Funds,
                    Plaintiff,
        V.
Rite-Way Construction Services, Inc., n/k/a Riteway-Huggins Construction Services, Inc., An Illinois corporation
                    Defendants,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff

| NAME (Type or print) |
| --- |
| ANTHONY SANDERS |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/Anthony Sanders |

| FIRM |
| --- |
| ARNOLD AND KADJAN |

| STREET ADDRESS |
| --- |
| 19 WEST JACKSON BLVD. |

| CITY/STATE/ZIP |
| --- |
| CHICAGO, IL. 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6278133 | (312) 236-0415 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

  RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐