AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS
PENSION, WELFARE, SAVINGS, APPRENTICESHIP, SCHOLARSHIP,
AND JOINT COOPERATION TRUST FUNDS
    Plaintiffs,

V.

RITE-WAY CONSTRUCTION SERVICES, INC., N/K/A
RITEWAY-HUGGINS CONSTRUCTION SERVICES, INC.,
AN ILLINOIS CORPORATION

    Defendant.

08CV4500
JUDGE GOTTSCHALL
MAGISTRATE JUDGE COLE
EDA

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

    RITEWAY-HUGGINS CONSTRUCTION SERVICES, INC.
    C/O ITS REGISTERED AGENT, JAMES X. BORMES
    8 S. MICHIGAN AVE. STE. 2600
    CHICAGO, IL 60603

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    DONALD D. SCHWARTZ
    JAMES R. ANDERSON
    ANTHONY B. SANDERS
    ARNOLD AND KADJAN
    19 WEST JACKSON BLVD., SUITE 300
    CHICAGO, IL 60604
    (312) 236-0415

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

August 8, 2008
_____
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 8/11/08 |
| NAME OF SERVER *(PRINT)* Renée McDowell | TITLE law clerk |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:

8 S. Michigan Ave, Chicago, IL 60603 Ste. 2600

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/11/08
*Date*

Renée McDowell
*Signature of Server*

19 W. Jackson Blvd, Chgo
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.