**IN THE UNITES STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTES OF THE CHICAGO PAINTERS AND DECORATORS PENSION, WELFARE, SAVINGS, APPRENTICSHIP, SCHOLARSHIP, AND JOINT COOPERATION TRUST FUNDS, | ) ) ) ) ) | 08 CV 4500 |
| Plaintiffs, | ) ) | Judge Gotschall |
| vs. | ) ) | Magistrate Judge Cole |
| RITE-WAY CONSTRUCTION SERVICES, INC., n/k/a RITEWAY-HUGGINS CONSTRUCTION SERVICES, INC., an Illinois corporation, | ) ) ) ) ) | |
| Defendant. | ) ) | |

**<u>NOTICE OF FILING</u>**

To:    Donald D. Schwartz
       James R. Anderson
       Anthony B Sanders
       Arnold and Kadlan
       19 West Jackson Blvd
       Suite 300.
       Chicago, IL 60604

       PLEASE TAKE NOTICE that on the 3rd day of September, 2008 I, James X. Bormes, an attorney, caused to be filed with the Clerk for the United States District Court for the Northern District of Illinois Defendant Riteway - Huggins Construction Services, Inc.'s Answer to Complaint, a copy of which is attached hereto.

                              Respectfully submitted,

                              By:   s/James X. Bormes

James X. Bormes
Harvey Chase Jewett
LAW OFFICE OF JAMES X. BORMES, P.C.
8 South Michigan Avenue
Suite 2600
Chicago, IL 60603
312-201-0575
Fax 312-332-0600

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on 3rd of September, 2008, he caused the foregoing Defendant's Notice of Motion Defendant Riteway - Huggins Construction Services, Inc.'s Answer to Complaint, to be filed electronically through the CM/ECF system and to be served by United States Mail, postage prepaid, upon the following non-CM/ECF participants:


s/James X. Bormes
James X. Bormes